ACCEPTED
05-15-00217-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/20/2015 1:10:27 PM
LISA MATZ
CLERK

# SCHEEF & STONE, L.L.P.
*Legal counsel based on solid principles.*

April 20, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/20/2015 1:10:27 PM
LISA MATZ
Clerk

**Via Electronic Mail**
Court of Appeals for the
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

> Re:  Case No. 05-15-00217-CV
>
> Tru Exploration, LLC, Tru Exploration "Creating Tru Partners," LLC, Trent Trubenbach, and Donna Burton, Appellants v. Energy Exploration I, LLC and Energy Exploration II, LLC, Appellees
>
> On Appeal from the 416th Judicial District of the District Court of Collin County, Texas, Cause No. 416-00031-2015

Dear Court of Appeals:

Appellees decided to arbitrate their claims against Appellants before the American Arbitration Association. This decision renders the issues on appeal moot. Appellees' counsel informed Appellants' counsel of this decision on April 10, 2015 and suggested proposing to this Court an agreed order dismissing the appeal. Appellants' counsel indicated he would check with his clients, but to date has not provided any response to Appellees' counsel.  Based on the foregoing, the Appellees did not file a responsive brief to Appellant's brief, and will, if this Court deems necessary, submit a motion to dismiss the appeal based on Appellees' agreement to proceed with arbitration of the claims before the American Arbitration Association.

Respectfully submitted,

*/s/ Kelly M. Crawford*
Kelly M. Crawford
J. Mitchell Little
Kelly.Crawford@SolidCounsel.com
Mitch.Little@SolidCounsel.com
*Counsel for Appellees*

cc:  Rogge Dunn, Esq. (via electronic mail)
*Counsel for Appellants*

500 N. Akard Street · Suite 2700 · Dallas, Texas 75201 · Tel: (214) 706-4200 · Fax: (214) 706-4242 · www.solidcounsel.com